UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL AND KERRY WASHBURN, parents of and P.L.N. WASHBURN, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>PUYALLUP SCHOOL DISTRICT NO. 3,<br><br>Defendant. | No. CV-08-5682 BHS<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF DISMISSAL |

THIS MATTER comes before the Court on Defendant Puyallup School District's Motion for Summary Judgment of Dismissal ("Motion"). Dkt. 5.

On January 22, 2009, Defendant moved to dismiss Plaintiffs' claims. Plaintiffs did not file a response.

"If a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Local Civil Rule 7(b)(2).

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
OF DISMISSAL
Case No. CV-08-5682 BHS
K:\2044328\00309\20170_CAC\20170P21JM

Now, having reviewed Defendant's Motion, the Declaration of Kris Lenke and attached exhibits, and the other pleadings and papers filed in this action, and being fully informed, the Court hereby ORDERS as follows:

Defendant's Motion (Dkt. 5) is GRANTED and this matter is DISMISSED WITHOUT PREJUDICE.

DATED this 17th day of February, 2009.

                                              BENJAMIN H. SETTLE
                                              United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
OF DISMISSAL
Case No. CV-08-5682 BHS
K:\2044328\00309\20170_CAC\20170P21JM